IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>PABLO MONROE ANTILLON,<br><br>   Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF THE COURT'S COMPASSIONATE RELEASE ORDER<br><br>Case No. 2:17-CR-237 TS<br><br>District Judge Ted Stewart |

This matter is before the Court on Defendant's Motion for Reconsideration of the Court's Compassionate Release Order. "Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice."[1]

Defendant's Motion does not identify any change in controlling law or the need to correct clear error or prevent manifest injustice. Defendant speculates that he may not have fully recovered from his COVID-19 infection and/or that he is at risk of becoming re-infected. However, Defendant provides no evidence that his condition or the conditions at his place of confinement have changed. Therefore, the Court finds that Defendant has failed to state a valid reason for reconsideration.

---

[1] *Servants of Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000).

1

It is therefore

ORDERED that Defendant's Motion for Reconsideration of the Court's Compassionate Release Order (Docket No. 50) is DENIED.

DATED this 17th day of September, 2020.

BY THE COURT:

Ted Stewart
United States District Judge